IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:21CR139 |
|---|---|
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| PAW MOO, | |
| Defendant. | |

This matter is before the Court on the government's Motion for Final Order of Forfeiture (Filing No. 29). The Court has reviewed the record in this case and finds as follows:

1. On September 29, 2021, the Court entered a Preliminary Order of Forfeiture (Filing No. 24) pursuant to 18 U.S.C. §§ 2320(a)(1) and 853 and based upon defendant Paw Moo ("Moo") pleading guilty to Count I of the Indictment and admitting the Forfeiture Allegation (Filing No. 1). Under the Preliminary Order of Forfeiture, Moo forfeited her interest in the following Property (the "Property") seized by U.S. Customs and Border Protection on or about February 23, 2021, and all counterfeit goods seized on or about March 23, 2021, from the residence of Moo:

    a. Handbags: Louis Vuitton (46); Michael Kors (14); Chanel (19), Coach (1); Gucci (9); Yves St. Laurent (25);

    b. Belts: Louis Vuitton (1); Gucci (1);

    c. Phone cases: Louis Vuitton (31);

    d. Wallet: Gucci (1);

    e. Sweatshirts/sweatpants: Nike (26); Puma (18); Champion (19); Adidas (14);

    f. T-Shirt(s): Chanel (1); and

      g.      Blanket(s): Louis Vuitton (1); Chanel (1).

2.      The government posted a Notice of Criminal Forfeiture on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on October 1, 2021, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. The government filed a Declaration of Publication (Filing No. 28) on December 3, 2021, regarding the Property.

3.      The government has advised the Court that no petitions have been filed. A review of the record confirms that assertion.

4.      The government's Motion for Final Order of Forfeiture should be granted. Accordingly,

IT IS ORDERED:

1. The government's Motion for Final Order of Forfeiture (Filing No. 29) is granted.
2. All right, title and interest in and to the above-described Property seized by U.S. Customs and Border Protection on or about February 23, 2021, and all counterfeit goods seized from Moo's residence on or about March 23, 2021, held by any person or entity are forever barred and foreclosed.
3. The Property is forfeited to the government.
4. The government is directed to dispose of that Property in accordance with law.

Dated this 13th day of December 2021.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Court Judge